FILED by KS D.C.

Jan 12, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20004-CR-MARTINEZ/BECERRA**

Case No. _____

21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**MANUEL A. BARBEITO,**

      **Defendant.**

_____/

## INFORMATION

The United States Attorney charges that:

**Conspiracy to Distribute and Dispense a Controlled Substance**
**(21 U.S.C. § 846)**

From in or around March 2018, and continuing through in or around November 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MANUEL A. BARBEITO,**

did knowingly and willfully combine, conspire, and agree with Habib Palacios and others, known and unknown to the United States Attorney, to distribute and dispense a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## FORFEITURE
## (21 U.S.C. § 853)

1.      The allegations in this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MANUEL A. BARBEITO**, has an interest.

2.      Upon a conviction of a violation of Title 21, United States Code, Section 846, as alleged in this Information, the defendant shall forfeit to the United States all property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

3.      The property subject to forfeiture includes, but is not limited to, a sum of approximately $314,980 in United States currency, which represents the gross proceeds of the offense in the violation of Title 21, United States Code, Section 846 alleged in this Information and which may be sought as a forfeiture money judgment.

4.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to the forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

_____
for JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_____
KEVIN LARSEN
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

JOSEPH S. BEEMSTERBOER, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

ALLAN MEDINA, DEPUTY CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

_____
ALEXANDER THOR POGOZELSKI
TRIAL ATTORNEY
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

MANUEL A. BARBEITO

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

_____Defendant._____/

| | | |
|---|---|---|
| New defendant(s) | Yes \_\_\_\_ | No \_\_\_\_ |
| Number of new defendants | | |
| Total number of counts | | |

**Court Division:** (Select One)
✓ Miami    \_\_ Key West    \_\_ FTL
\_\_ WPB     \_\_ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       ✓         Petty         \_\_\_\_
   II   6 to 10 days      \_\_\_\_     Minor         \_\_\_\_
   III  11 to 20 days     \_\_\_\_     Misdem.       \_\_\_\_
   IV   21 to 60 days     \_\_\_\_     Felony        ✓
   V    61 days and over  \_\_\_\_

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?          Yes \_\_\_\_      No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?       Yes \_\_\_\_      No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?         Yes \_\_\_\_      No ✓

*Penalty Sheet(s) attached

_____
KEVIN LARSEN
FLORIDA COURT NO. A5501050
ASSISTANT UNITED STATES ATTORNEY

REV 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: MANUEL A. BARBEITO

Case No:

Count #: 1

Conspiracy to Distribute and Dispense a Controlled Substance

Title 21, United States Code, Section 846

*Max. Penalty: 20 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| MANUEL A. BARBEITO | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*