UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 22-20004-CR-MARTINEZ-BECERRA

UNITED STATES OF AMERICA

v.

MANUEL A. BARBEITO,

    Defendant.
_____/

## ORDER

This matter was referred to Magistrate Judge Jacqueline Becerra for a report and recommendation regarding "whether further delaying Defendant's Sentencing Hearing is warranted as it relates to this [Court's} Order [continuing Defendant's Sentencing Hearing]. (ECF No. 30 ¶ 182.) On July 12, 2022, Magistrate Judge Becerra filed a Report and Recommendation recommended that "Defendant not be sentenced or required to surrender until after the government no longer requires his attendance for trial. (ECF No. 35, at 1.) This Court has reviewed the entire file and record, and after careful consideration, it is

ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 35), is AFFIRMED and ADOPTED IN PART as set forth herein. Accordingly, it is ADJUDGED that:

1.    Defendant's Sentencing Hearing remains scheduled for **Friday, July 22, 2022, at 11:30 a.m.,** in the Miami Division.

2.    Should Defendant's sentence include incarceration, this Court will continue Defendant's surrender date for a term to be determined at the Sentencing Hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of July, 2022.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record